# United States District Court

### District of Maryland

### Complaint

| | |
|---|---|
| Tamara Rouhi | Case Number: |
| Plaintiff | Case/Complaint Filed: |
| V | Exhibits Filed: |
| CVS Pharmacy<br>Giant Pharmacy<br>Wegmans Pharmacy<br>Walgreens Pharmacy<br>Nature Care/Health Mart Pharmacy | Civil Case.<br><br>Jury not requested. |
| Defendants | |

RDB 19 CV 0701

## I. Parties to this Complaint

**Plaintiff**

Tamara Rouhi

125 Fennington Circle

Owings Mills, MD, 21117

410-522-8217

**Defendant 1**

CVS Pharmacy

CVS Health Inc

One CVS Drive

Woonsocket, RI 02895

**Defendant 2**

Giant Pharmacy

Ahold Delhaize/Giant Food

8301 Professional Place

1

    Suite 115

    Landover, MD 20785

**Defendant 3**

Wegmans Pharmacy

    Wegmans Food Markets Inc

    1500 Brooks Ave

    Rochester, NY 14624

**Defendant 4**

Walgreens Pharmacy

    Walgreen Co.

    200 Wilmot Rd.

    Deerfield IL 60015

**Defendant 5**

Nature Care/Health Mart Pharmacy

    McKesson Inc

    One Post Street,

    San Francisco, CA, 94104

**II.**   **Basis for Jurisdiction**

The basis for choosing this court to hear my case is Diversity Jurisdiction.

**III.**   **Claims for Relief**

    While I have been a customer of CVS Pharmacy, Giant Pharmacy, Wegmans Pharmacy, Walgreens Pharmacy, and Nature Care Pharmacy, I have been the victim of injustices including, but not limited to, harassment (MD § 3-803), stalking (MD § 3-802), the misuse of telephone facilities (MD § 3-804), the misuse of an interactive computer service (MD § 3-805), invidious discrimination, refusal of equal access to goods and services (Civil Right), and general invasions of privacy.

Pharmacy employees from different stores were in contact with each other to ensure that I was harassed at each pharmacy that I went to, and to make sure that I was unable to avoid the harassment. They have made going to the pharmacy an extremely traumatizing experience. They have interfered with my health care, as well as my life, while creating prolonged and severe emotional distress, for which I would like to be compensated.

### IV. Statement of Claim

**Defendant 1 - CVS Pharmacy**

1. In the beginning of 2018, the employees of CVS Pharmacy, located at 11623 Reisterstown Rd, Reisterstown, MD 21136, began asking for me for my driver's license when I went to pick up my prescriptions. They said that they needed my ID number. *(Exhibit:1)*

2. I told them that this was not required in Maryland *(Exhibit:3)*, and that I did not want to, but they still insisted that it was required in order to get my medications.

3. I contacted CVS's customer relations and complained about it. *(Exhibit:14)*

4. The employees at the pharmacy became increasingly rude and continued to ask for ID. They'd type my ID number into a computer. *(Exhibit:2)*

5. They began canceling the prescription refill requests that I would order via CVS's website. I would put in my refill request, and when I got to the pharmacy, there would be no medications to pick up. I had to wait there for them to be filled.

6. On a specific occasion, they did this with just one prescription. I checked my account before going to the pharmacy, and saw that one out of my six prescription refills had been canceled *(Exhibit:4)*. I requested that it be refilled again *(Exhibit:5)*, and it was canceled again. I was able to pick up the prescription after the 3rd request.

7. They also started refusing to fill that prescription, giving a bunch of nonsensical reasons as to why, including blaming my insurance and trying to make me pay out of pocket.

3

8. My insurance company's formulary states that the medication is not only covered, but it doesn't have a refill restriction *(Exhibit:6)*. I also called my insurance company, and I was told that the medication was covered and refillable. CVS employee's still refused to fill the prescription.

9. CVS Employees made the prescription impossible to refill online as needed. They created unwarranted and inconsistent time periods that I had to wait before I could refill the prescription. *(Exhibits: 7 & 8)*

10. They began contacting my doctors to renew prescriptions that I did not have refills for *(Exhibit:9)*, as well as refilling prescriptions that I did have refills for *(Exhibit:10)*, without my request. They did this while refusing to contact doctors about prescriptions that I did request renewals for *(Exhibit:11)*.

11. I received an excessive amount of automated phone calls from CVS, asking if I'd like to refill a prescription over and over again. It got to the point that I had to block CVS's number. The calls continued, however. *(Exhibits:12 & 13)*

12. Throughout all of this, I sent complaints to CVS's Customer Relations Department. I eventually received a response stating that someone would call me within 2 days, but no one did. *(Exhibit:15)*

13. In November of 2018, after trying to fill prescriptions at Giant Pharmacy without success, I attempted to transfer the prescriptions to CVS Pharmacy.

14. I transferred two prescriptions to CVS, and only one showed up in my account, so I had to request the transfer of the second prescription twice. *(Exhibit:16)*

15. I did not pick up the prescriptions immediately *(Exhibit:17)*, as visiting the Pharmacy had become extremely stressful and upsetting.

16. When I did go to get the prescriptions, on December 10, 2018, they refused to fill one of them, giving numerous nonsensical reasons as to why.

17. They even handed me random print outs with irrelevant or false information as reasons for refusing to fill it. *(Exhibits: 18 & 19)*

18. Every CVS Pharmacy employee yelled at me from behind the counter for around 30 minutes, before I eventually called my insurance company *(Exhibit:20)*, and had them explain that my prescription was covered. This took another 30 minutes, but I was able to get the prescription.

19. When I got home and checked my CVS account, I found that they had created another unnecessary wait requirement to pick up the prescription, despite having just spoken to my insurance company about it. *(Exhibit:21)*

**Defendant 2 - Giant Pharmacy**

20. I was constantly harassed by the staff of Giant Pharmacy, located at 11604 Reisterstown Rd, Reisterstown, MD 21136. This began in 2017.

21. Giant Pharmacy staff often called me names, or to be more precise, did not call me by my name. Giant pharmacy staff were extremely rude to me on many occasions, both in person and on the phone.

22. They would place me on hold for long periods of time when I'd call about my prescriptions. When they came back to the phone, it would be a different employee. I'd have to explain what I was calling about again, and be placed on hold again.

23. They would sometimes call me from Giant Food's help desk/main number for no reason. If I needed to call them back, I couldn't contact the Pharmacy from that number.

24. They would constantly cancel my refill requests. When I'd go to pick up my prescriptions, there would be nothing there, or just some of the prescriptions, and I'd have to wait for the rest.

25. They made nonsensical excuses as to why they were unable to fill or refill prescriptions on many occasions.

26. On a specific occasion, I had to contact my doctor and get them to send a medication to another pharmacy, after Giant Pharmacy staff refused to fill it. I argued with Giant Pharmacy staff for weeks and never got my medication, just delayed health care.

27. I switched pharmacies after that, but returned around 8 months later, as I was having problems with the pharmacies that I had switched to.

28. I had a doctor send a prescription to Giant Pharmacy on November 12th 2018. I wasn't notified that it was received, so I called giant about it.

29. I was told a bunch of lies, was treated very poorly, and they refused to fill the prescription.

30. I called a phone number on Giant's website to complain to a customer service representative.

31. After several calls and conversations with different Giant Pharmacy Employees, I was able to get the RX number for the new prescription, and for the one that they had refused to fill 8 months prior.

32. I attempted to fill both of the prescriptions with their RX numbers through Giant's online services, but the employees constantly canceled my order. This went on from November 14th 2018 until November 21st 2018. *(Exhibits:22-43)*

33. After that, the order status simply said "This medication has not yet been prepared by your pharmacist", and I was unable to do anything else through Giant's online services. *(Exhibits:44-49)*

34. I eventually called Giant Pharmacy about it, again. I was once again lied to by several Giant Pharmacy employees, and they still refused to fill the prescriptions. I was treated like I didn't matter, and I was treated like my health care didn't matter.

35. I called my local non-emergency police line to try to report both harassment and theft, but they did nothing.

36. I transferred the prescriptions to CVS Pharmacy, a pharmacy that I no longer wanted to be a customer of, as it seemed to be the only way to get them.

37. Around a week after transferring my prescriptions away from Giant Pharmacy, I received phone calls from them stating that my prescriptions were ready. I had to block Giant Pharmacy's number in order to avoid further harassment. *(Exhibit:50)*

**Defendant 3 - Wegmans Pharmacy**

38. I was a customer of Wegmans Pharmacy, located at 10100 Reisterstown Rd, Owings Mills, MD 21117, on and off throughout 2017 and 2018.

39. In 2017, the employees were not only rude to me, but they refused to give me a flu shot. I switched pharmacies after that.

40. I returned in 2018, and they began requiring that I showed them my ID when picking up, as well as when dropping off, my prescriptions *(Exhibit:3)*. I protested this, but they insisted that it was required. They'd write my ID number on the prescription with a pen.

41. I contacted Wegmans customer service about it through the Wegmans website, and received phone calls from the local Wegmans that I had just complained about as a response. They would tell me that I was wrong, and that they were going to continue the behavior. Sometimes the phone calls were from the employee that I had just complained about.

42. They made me wait to pick up prescriptions for no reason.

43. I had several refills on a prescription, and always went there to get it, yet somehow it was never in stock, and I always had to wait to pick it up. *(Exhibits: 51-53)*

44. On another occasion, I received a text message stating that another prescription needed to be ordered, and then another text message stating that it was ready around an hour later. *(Exhibit:54)*

7

45. There was another occasion, when I tried to fill a 3rd, completely different prescription, in person, at the store. I waited there around 30 minutes for the prescription to be filled before they told me that it wasn't in stock, and that it needed to be ordered. After leaving the store, I received a message stating that it was ready.

46. I complained about this to Wegmans customer service *(Exhibits:55 & 56)*. The response was once again from the local store.

47. Shortly after that, they began asking for ID again. I refused, and once again had to take my prescription to CVS.

**Defendant 4 - Walgreens Pharmacy**

48. I visited a Walgreens Pharmacy that was inside of a Rite Aid, located at 11917-19 Reisterstown Rd, Reisterstown, MD 21136, on January 8th 2019. I was hoping to find a replacement pharmacy for CVS.

49. I handed the staff member two prescriptions, and she asked me for my insurance card. I handed her my Maryland Physicians Care Insurance card, and she made a copy of it.

50. She then asked me for my ID *(Exhibit:3)* and phone number, and wrote both of them down on one of the prescriptions that I had given her *(Exhibits:57 & 58)*. I was then told that the prescriptions would be ready in 20 minutes.

51. I left the store, and returned 20 minutes later. A man told me that they were unable to fill either prescription because it had been over 30 days. *(Exhibit:62)*

52. I argued with the man, who then provided me with a suspicious printout. I asked if he could write the situation down with a pen, which he did on the print out. *(Exhibit:59)*

53. I was not given the option of paying out of pocket, they simply refused to fill either prescription.

54. I asked to have my defaced prescriptions back *(Exhibits:60 & 61)*, and I left the store.

### Defendant 5 - Nature Care/Health Mart Pharmacy

55. I went to Nature Care pharmacy, located at 40 Main St, Reisterstown, MD 21136, on January 10th 2019, shortly after being refused service at Walgreens Pharmacy.

56. I waited in line for a bit, and when it was my turn, I was asked to step to the side of the counter to be served by the cashier. I did not see them ask anyone else to do this.

57. I provided the cashier with my insurance card, and the two prescriptions that I was unable to fill at walgreens, with the personal information that walgreens wrote on it crossed out. I was told that the wait time would be around 15 minutes.

58. I was waiting outside of the store when the cashier came outside and told me that they were unable to fill my prescriptions because they were written over 30 days ago.

59. The employee and I re-entered the pharmacy. There was a strange message on the cash register, "OD AFTERNO", which I took a photo of, but did not address. *(Exhibits:63 & 64)*

60. I explained that Maryland law states that I have 120 days to fill my prescription, but they still refused to fill it. *(Exhibit:62)*

61. I asked what the price of the medications were to see if I could pay out of pocket, and they refused to tell me.

62. I asked them to call my doctor to have her send over new prescriptions, and they refused, telling me that I had to do that.

63. I called my doctor while I was in the pharmacy *(Exhibit:65)*, and I got her voicemail. I left a message stating that I was having an issue at the pharmacy, and that I needed a new prescription. I then handed my phone to the cashier, and asked him to give her the pharmacy's info so that she could send it over. Instead of doing so, he handed the phone

9

to a pharmacist that was behind a second counter. I don't know what that pharmacist said, as he walked away with my phone, and was too far away for me to hear.

64. After my phone was returned to me, I asked for the prescriptions that they were refusing to fill.

65. I had another prescription for one of the medications *(Exhibit:66)*, it was meant for the upcoming month. I gave that one to them, and they gave me more trouble before agreeing to fill it.

66. While I was waiting for them to finally fill my prescription, a man, who happened to be white, walked into the pharmacy to pick up his prescriptions. A pharmacy employee yelled that I needed to go wait in the back of the store in order to protect the customer's privacy.

67. I waited in the back of the store, angry and offended, as my privacy had already been invaded by the pharmacy employees, and because it was simply a ridiculous request. On the customer's way out, he apologized to me, even though he had done nothing wrong.

68. I received the one prescription that they agreed to fill, before taking the ones that they refused to fill to CVS.

## V. Prayer for Relief

In accordance with rule 2-305, the amount shall remain unspecified in this complaint, but I am requesting compensatory and punitive damages that exceed $75,000 from each defendant.

## VI. Certificate of Service

The Defendants were served a Summons, Complaint, and Exhibits via Mail on:

Tamara Rouhi<br>
Pro Se

*Tamara Rouhi* (signature)

10